AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:22-MJ-00554 | 08/19/22 | USPS |

Inventory made in the presence of:
USPIS Joe Weidenkopf + TFO Gabe Gutierrez

Inventory of the property taken and name of any person(s) seized:

No items seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/22

*Executing officer's signature*

Sumyra Duy / Postal Inspector
*Printed name and title*